UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA, )
)
      Plaintiff )
)
v. )     NO. 3:15-CR-0070-8
)     Judge Trauger/Brown
JORGE FLORES, )
)
      Defendant )

## O R D E R

A telephone conference was held with the parties in this matter on April 3, 2017. Defendant's attorney is attempting to get his outside medical records, which dealt with the need for him to have surgery for tumors at the back of his knee. Apparently, this was scheduled before he was incarcerated.

The parties discussed the possibility of moving Defendant to another institution. The United States Attorney is requested to discuss this with the Marshals Service and see if this is possible. It may be useful if Marshal Dill, or other appropriate representatives, could be a party to the telephone conference call, which will be set to further discuss this matter on **Monday, April 10, 2017, at 1:30 p.m. To participate in the conference call, parties will call 877-873-8017 and enter Code 1958322# at the scheduled time.**

Defendant's counsel was attempting to see if the FCI Lexington was a feasible place to house the Defendant. The Marshals

Service should be in a position to advise whether this is feasible or not.

While the Defendant is entitled to adequate medical care, as a rule the Courts are not in the best position to determine this issue or in managing jails or prison systems.

Certainly, the Court has no objection to the Defendant being placed in another facility while in pretrial detainment. However, the Marshals Service is in the best position to advise on this. There may well be restrictions on the placement of Defendants since this is a multi-Defendant case.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge