UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:15-cr-00070-8 |
| | ) | |
| | ) | JUDGE TRAUGER |
| | ) | |
| JORGE FLORES | ) | |

**NOTICE OF INTENT TO ENTER A PLEA OF GUILTY**

Comes now Jorge Flores, by and through counsel, John Bailey, and hereby notifies the Court that he intends to enter a plea of guilty in this matter. Undersigned counsel and Assistant United States Attorney, Thomas J. Jaworski, jointly request that this Court set a plea hearing for either this week (Wednesday, May 10th through Friday, May 12th) or next week (Wednesday, May 17th through Friday, May 19th), if that suits the Court's calendar.

In further support of his motion, counsel submits:

1. Undersigned counsel for Mr. Flores and Assistant United States Attorney, Thomas J. Jaworski, have communicated today and agreed to a plea agreement that will resolve Mr. Flores' case without the need for a trial.

2. Undersigned counsel and Mr. Jaworski likewise jointly request this Court to set Mr. Flores' plea hearing for Wednesday, May 10th through Friday, May 12th or Wednesday, May 17th through Friday, May 19th, if either of those dates fits with the Court's calendar, because undersigned counsel has a previously scheduled trip out of